UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>        Plaintiff,<br><br>    v.<br><br>ERNEST ZEIGLER,<br><br>        Defendant. | CASE NO. 1:20-cv-00290-NONE-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANT TO FILE ANSWER**<br><br>(Doc. 1)<br><br>**21-DAY DEADLINE** |

On June 3, 2020, the Court screened Plaintiff's complaint and determined that Plaintiff had stated cognizable Eighth Amendment medical indifference and medical malpractice claims against RN Zeigler. (Doc. 10.) Plaintiff elected to stand on the complaint as screened, with the dismissal of all other claims and the other defendant. (Doc. 14; *see* Doc. 17.) The Court referred the case for a settlement conference and staying the case. (Doc. 21.)

The settlement conference has concluded without settlement, and the stay has been lifted. (Doc. 32.) Defendant previously waived service, and a response to Plaintiff's complaint is due. Accordingly, Defendant is ORDERED to file an answer to Plaintiff's complaint as screened **within twenty-one days** from the date of this Order. (Doc. 1.)

On April 29, 2021, the Court conducted a settlement conference that did not result in a settlement. (Doc. 32.) Defendant previously waived service, and the stay has expired. (*See* Doc.

1

20.) Accordingly, within 21 days, the Defendant **SHALL** file an answer or otherwise respond to Plaintiff's complaint as screened. (Docs. 13, 17.)

IT IS SO ORDERED.

Dated: **May 18, 2021**  /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE