UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOX,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST ZEIGLER,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-00290-ADA-CDB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. 67)<br><br>**AUGUST 16, 2023, DEADLINE** |

　　　　Plaintiff Michael Fox has filed a second request for an extension of time to file objections to the findings and recommendations filed on May 2, 2023. (Docs. 64, 67.) Plaintiff states the law library has been closed and will reopen on July 17, 2023. Plaintiff requests an extension of thirty days from that date, or August 16, 2023, to conduct legal research and prepare his objections.

　　　　For good cause shown, it is hereby ORDERED that Plaintiff's request for an extension of time (Doc. 67) is GRANTED. Any objections to the findings and recommendations (Doc. 64) shall be filed no later than August 16, 2023. **Failure to comply with this Order may result in forfeiture of any right to submit objections to the findings and recommendations.**

IT IS SO ORDERED.

Dated: __July 12, 2023__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE